# UNITED STATES DISTRICT COURT

―――――――――――――――――――――――― DISTRICT OF ――――――――――――――――――――――――

Massachusetts

D. Ricky Richardson

v.

United States of America

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

# 04-40099

CASE NUMBER 00-10417-EFH

I, _____D. Ricky Richardson_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     [X] Yes     [ ] No     (If "No" go to part 2)

   If "Yes" state the place of your incarceration ___F.M.C. Devens Prison_____

   Are you employed at the institution? _Yes____     Do you receive any payment from the institution? _Yes___

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     [ ] Yes     [ ] No

   a. If the answer is "Yes" state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession of other self-employment     Yes [ ]     No [X]
   b. Rent payments, interest or dividends                Yes [ ]     No [X]
   c. Pensions, annuities of life insurance payments      Yes [ ]     No [X]
   d. Disability or workers compensation payments         Yes [ ]     No [X]
   e. Gifts or inheritances                               Yes [ ]     No [X]
   f. Any other sources                                   Yes [X]     No [ ]
   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   Between $20 & $40 dollars from Family members

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Justin Richardson (son) nothing at this time

I declare under penalty of perjury that the above information is true and correct.

_5/6/04_
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _.86_ on account to his/her credit at (name of institution) _FMC Devens_ . I further certify that the applicant has the following securities to his/her credit: _N/A_ . I further certify that during the past six months (two (LF)) the applicant's average balance was $ _226.51_ .

**A ledger sheet showing the past six months' transactions:**
two ☑ **is attached**        ☑ **is not available at this institution**

_5/18/04_
DATE

_D. Fernandez, Unit Manager_
SIGNATURE OF AUTHORIZED OFFICER