## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>D. RICKY RICHARDSON</u>,
              Petitioner,

    v.                                    Civil Action

                                            No. 04-40099-EFH

<u>DEPARTMENT OF JUSTICE, et al.</u>,
              Respondents.

### ORDER ON APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on   6/1/04   and assigned it Civil Action No.   04-40099-EFH.

## **ORDERS**

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
   Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
   Yes ☐    No ☒

3. Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
   Yes ☒    No ☐

  6/8/04                            s/ Edward F. Harrington
    DATE                        UNITED STATES DISTRICT JUDGE