UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

D. RICKY RICHARDSON,
        Petitioner,

v.

DEPARTMENT OF JUSTICE, et al.,
        Respondents.

CIVIL ACTION

NO.   04-40099-EFH

O R D E R

HARRINGTON, D. J.

On June 1, 2004, petitioner D. Ricky Richardson, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241. ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney; AND

(2) The Respondents shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

  6/8/04
Date

s/ Edward F. Harrington
United States District Judge