UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. Ricky Richardson,<br>    Petitioner,<br><br>v.<br><br>Department of Justice,<br>Bureau of Prisons,<br><br>Harley Lappen, et al.,<br>Director,<br><br>&<br><br>David L. Winn, et al.,<br>Warden,<br>    Respondent. | Case N°.:4:04-cv-40099EFH |

## CHANGE OF ADDRESS NOTIFICATION

Now comes Petitioner, D. Ricky Richardson, acting Pro Se, in the above captioned case and matter before this Honorable Court entering change of address.

Pursuant to the Court Rules, it is my obligation to notify the Clerk of the Court and all other parties of my change of address within ten(10) days of any such change.

Thus, the Clerk of the Court and all other parties are hereby notified that my address should be changed to 711 Washington St., Dorchester, Massachusetts 02124, such change will take affect on August 3, 2004.

Respectfully submitted on this 22nd day of July, 2004.

D. Ricky Richardson
17761-038 J-B 208U

Petitioner / Pro Se

PROOF OF SERVICE

I, D. Ricky Richardson, certified that I mailed a copy of the herein notice and motion to all parties via U.S. Postal Service through the Institutional legal mail on the 22nd day of July, 2004, to the following interesting parties;

>Clerk's Office
>United States District Court
>for the District of Massachusetts
>U.S. Courthouse
>One Courthouse Way, Suite 2300
>Boston, MA 02210

&

>United States Attorney's Office
>District of Massachusetts
>One Courthouse Way, Suite 9200
>Boston, MA 02210

Certified Mail 7004 1160 0002 3823 2771

Respectfully submitted,

D. Ricky Richardson
17761-038 J-B 208U

Petitioner / Pro Se