UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. RICKY RICHARDSON, )<br><br>　　　　Petitioner, )<br><br>v. )<br><br>DEPARTMENT OF JUSTICE )<br>BUREAU OF PRISONS, )<br><br>HARLEY LAPPEN, DIRECTOR, )<br>and )<br><br>DAVID L. WINN, WARDEN, )<br><br>　　　　Respondents. ) | Civil Action No. 04CV40099EFH |

## RESPONDENTS' OPPOSITION TO PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65(b)

Now here come Respondents, the Department of Justice Federal Bureau of Prisons ("BOP"), Harley Lappen, Director of the Federal Medical Center, Devens, Massachusetts, ("FMC Devens"), and  David L. Winn, Warden of FMC Devens (collectively "Respondents"), in the above captioned action who hereby oppose Petitioner's " . . . Request of Leave for Temporary Restraining Order and a Preliminary Injunction Pursuant to Fed. R. Civ. P. 65(b)." As grounds therefore, Respondents assert that the relief requested by Petitioner is now moot because the  Court has already allowed Respondents' Motion for Extension of Time.  (See this Court's ruling,  dated July 15, 2004, granting Respondents' motion.)

Respectfully submitted,

RESPONDENTS

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS,

HARLEY LAPPEN, DIRECTOR,
and

DAVID L. WINN, WARDEN

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Gina Y. Walcott-Torres
By:     Gina Y. Walcott-Torres
        Assistant U.S. Attorney
        John Joseph Moakley U.S.   Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: July 29, 2004

## CERTIFICATE OF SERVICE

        This is to certify that I have this 29th day of July 2004, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        D. Ricky Richardson (#17761-038), *pro se*, P.O. Box 879, Ayer, MA 01432

                        /s/ Gina Y. Walcott-Torres
                        Gina Y. Walcott-Torres
                        Assistant United States Attorney

## REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION

        The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2).  As reasons therefore, she asserts that the plaintiff, who is acting *pro se*, is incarcerated at the Federal Medical Center in Devens, Massachusetts.

                        /s/ Gina Y. Walcott-Torres
                        Gina Y. Walcott-Torres
                        Assistant United States Attorney