Attachment A

```
  DEVAA                        PUBLIC INFORMATION                      06-22-2004
  PAGE 001              *         INMATE DATA              *           15:26:53
                                AS OF 06-22-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: 700-796-1000
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 747958AA1                       DOB/AGE....: 07-11-1962 / 41
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 10-02-2004                      PAR HEAR DT:
---------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-20-2003 1522 CURRENT
0-P    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-20-2003 1522 02-20-2003 1522
0-P    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-13-2002 1018 02-20-2003 1522
CBN    ADMIN REL  ADMINISTRATIVE RELEASE        12-13-2002 1018 12-13-2002 1018
CBN    A-ADMIN    ADMINISTRATIVE ADMISSION      12-13-2002 1008 12-13-2002 1018


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: 700-796-1000
PRE-RELEASE PREPARATION DATE: 08-03-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-02-2004 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1: 00 CR 10417-001
JUDGE...........................: HARRINGTON
DATE SENTENCED/PROBATION IMPOSED: 11-12-2002
DATE COMMITTED..................: 02-20-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002      MORE PAGES TO FOLLOW . . .

```
  DEVAA                       PUBLIC INFORMATION                06-22-2004
  PAGE 003          *            INMATE DATA             *      15:26:53
                               AS OF 06-22-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: 700-796-1000


                   FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $600.00          $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  072
OFF/CHG: 18:513(A) POSS OF COUNTERFEIT CHECKS; 18:514(A) POSS OF
         FICTITIOUS CHECKSX4; 18:371 COSPIRACY

 SENTENCE PROCEDURE...........: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   23 MONTHS


G0002       MORE PAGES TO FOLLOW . . .
```

```
  DEVAA                      PUBLIC INFORMATION                    06-22-2004
PAGE 004            *          INMATE DATA              *        15:26:53
                            AS OF 06-22-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: 700-796-1000
 TERM OF SUPERVISION............:    60 MONTHS
 DATE OF OFFENSE................: 01-12-2000

-----------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2003 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-20-2003
TOTAL TERM IN EFFECT............:    23 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS      11 MONTHS
EARLIEST DATE OF OFFENSE........: 01-12-2000

 G0002       MORE PAGES TO FOLLOW . . .
```

```
DEVAA                       PUBLIC INFORMATION                      06-22-2004
PAGE 005              *          INMATE DATA              *          15:26:53
                             AS OF 06-22-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: 700-796-1000


JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      04-17-2000     04-25-2000
                                      10-05-2000     10-05-2000
                                      07-02-2001     07-03-2001
                                      07-23-2001     07-24-2001
                                      04-01-2002     04-01-2002
                                      05-20-2002     05-23-2002


TOTAL PRIOR CREDIT TIME.........: 19
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 90
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 10-02-2004

G0002      MORE PAGES TO FOLLOW . . .
```

```
   DEVAA                    PUBLIC INFORMATION                  06-22-2004
PAGE 006 OF 006 *             INMATE DATA               *      15:26:53
                            AS OF 06-22-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: 700-796-1000
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-31-2004


PROJECTED SATISFACTION DATE.....: 10-02-2004
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```