Attachment B

```
   DEVAA   540*23  *        SENTENCE MONITORING        *     06-29-2004
PAGE 001            *         COMPUTATION DATA          *     09:48:44
                              AS OF 06-29-2004

REGNO..: 17761-038 NAME: RICHARDSON, RICKY D


FBI NO............: 747958AA1         DATE OF BIRTH: 07-11-1962
ARS1..............: DEV/A-DES
UNIT..............: J CC              QUARTERS.....: J02-208U
DETAINERS.........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-03-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-02-2004 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: MASSACHUSETTS
DOCKET NUMBER....................: 1: 00 CR 10417-001
JUDGE............................: HARRINGTON
DATE SENTENCED/PROBATION IMPOSED: 11-12-2002
DATE COMMITTED...................: 02-20-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $600.00         $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO    SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  072
OFF/CHG: 18:513(A) POSS OF COUNTERFEIT CHECKS; 18:514(A) POSS OF
         FICTITIOUS CHECKSX4; 18:371 COSPIRACY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    23 MONTHS
  TERM OF SUPERVISION............:    60 MONTHS
  DATE OF OFFENSE................: 01-12-2000




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVAA  540*23 *            SENTENCE MONITORING          *    06-29-2004
 PAGE 002 OF 002 *           COMPUTATION DATA            *    09:48:44
                              AS OF 06-29-2004

 REGNO..: 17761-038 NAME: RICHARDSON, RICKY D

 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 04-08-2003 AT DEV AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 02-20-2003
 TOTAL TERM IN EFFECT............:    23 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       11 MONTHS
 EARLIEST DATE OF OFFENSE........: 01-12-2000

 JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                      04-17-2000    04-25-2000
                                      10-05-2000    10-05-2000
                                      07-02-2001    07-03-2001
                                      07-23-2001    07-24-2001
                                      04-01-2002    04-01-2002
                                      05-20-2002    05-23-2002

 TOTAL PRIOR CREDIT TIME.........: 19
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 90
 TOTAL GCT EARNED................: 54
 STATUTORY RELEASE DATE PROJECTED: 10-02-2004
 SIX MONTH /10% DATE.............: N/A
 EXPIRATION FULL TERM DATE.......: 12-31-2004


 PROJECTED SATISFACTION DATE.....: 10-02-2004
 PROJECTED SATISFACTION METHOD...: GCT REL

 REMARKS.......: I/M V/S TO FMC DEVENS, MA ON 2-20-2003.




 S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```