Attachment C

```
 DEVAA   542*22 *           SENTENCE MONITORING          *    06-22-2004
PAGE 001 OF 001 *              GOOD TIME DATA            *    15:24:24
                             AS OF  06-22-2004

REGNO...: 17761-038   NAME: RICHARDSON, RICKY D
ARS 1...: DEV A-DES                                 PLRA
COMPUTATION NUMBER..: 010             FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 04-08-2003      FACL..: DEV   CALC: AUTOMATIC
UNIT................: J CC            QUARTERS............: J02-208U
DATE COMP BEGINS....: 02-20-2003      COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 19              TOTAL INOP TIME.....: 0
CURRENT REL DT......: 11-07-2004 SUN  EXPIRES FULL TERM DT: 12-31-2004
PROJ SATISFACT DT...: 10-02-2004 SAT  PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                 ACTUAL SATISF METHOD:
DAYS REMAINING......:                 FINAL PUBLC LAW DAYS:

---------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

    START        STOP      MAX POSSIBLE TO    ACTUAL TOTALS     VESTED    VESTED
    DATE         DATE       DIS      FFT       DIS      FFT     AMOUNT    DATE
 02-01-2003   01-31-2004    54       54
 02-01-2004   10-02-2004    36

      TOTAL EARNED AMOUNT.............................................:  54
      TOTAL EARNED AND PROJECTED AMOUNT...............................:  90




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```