Attachment D

BP-S148.055  INMATE REQUEST TO STAFF CDRFM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Sullivan, Case Manager | 10/17/2003 |
| FROM: | REGISTER NO.: |
| D. Ricky Richardson | 17761-038 |
| WORK ASSIGNMENT: | UNIT: |
| Clerk | J-B 208U |

SUBJECT: (Briefly state your question or concerned the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to respond to your request.)

Mr. Sullivan,
    May I ask why is that I do not qualify for six (6) months halfway house / home confinement when I fit the criteria to qualify for the six (6) month halfway house / home confinement at present I am looking at only two (2) months halfway house/ home confinement if my date would be August 2004 when in fact it should be April 2004, could you please explain this to me.

I thank you in advance for your assistance in this matter.

(Do not write below this line.)

DISPOSITION: _See Attached._

| Signature Staff Member: | Date: |
|---|---|
| _Sullivan_ | 10-20-03 |

Record Copy – File; Copy – Inmate
(This form may be replicated via WP)



This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

RICHARDSON, D. Ricky
REG #17761-038
RESPONSE TO INMATE REQUEST TO STAFF
October 20, 2003

This is in response to you Inmate Request To Staff received on October 17, 2003, regarding your Community Corrections Center/Home Confinement placement recommendation.

A review of Federal Bureau of Prisons policy relevant to this request revealed the following. Program Statement 7310.04, Community Corrections Center (CCC) Utilization and Transfer Procedure, Section 5, and Program Statement 7320.01, Home Confinement, Section 1, paragraph c., both state: 18 U.S.C. § 3624(c), provides: "The Bureau of Prisons shall, to the extent practicable, assure that a prisoner serving a term of imprisonment spends a reasonable part, not to exceed six months, of the last ten per centum of the term to be served under conditions that will afford the prisoner a reasonable opportunity to adjust to and prepare for the prisoner's reentry into the community." Except for inmates who are initially sentenced to and graduate from the Intensive Confinement Center Program, Section 3624(c) does limit the length of Home Confinement to the last 10% of the sentence, or six months, whichever is less. Your ten percent date is August 3, 2004.

I trust this addresses your concern.

D. Sullivan
Case Manager- J Unit